UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------

DANIEL SMIGIEL,

Plaintiff(s),

v.

COLLEGE OF STATEN ISLAND, through its Board of Trustees; DR. FRANCES MELENDEZ, in her official and individual capacity; and, DR. LAUREN ROGERS-SIRIN, in her official and individual capacity;

Defendant(s).
---------------------------------------------------------

1:21-cv-06323

AFFIDAVIT IN SUPPORD OF
MOTION TO ADMIT COUNSEL
*PRO HAC VICE*

I, __Keith Altman__, being duly sworn, hereby depose and say as follows:

1. I am a(n) __attorney__ with the law firm of __The Law Office of Keith Altman__.
2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.
3. As shown in the Certificate(s) of Good Standing annexed hereto, I am a member in good standing of the bar of the state(s) of __California and Michigan__.
4. There are no pending disciplinary proceedings against me in any state or federal court
5. I __have not__ been convicted of a felony. If you have, please describe facts and circumstances.

6. I __have not__ been censured, suspended, disbarred or denied admission or readmission by any court. If you have, please describe facts and circumstances.

7. Attorney Registration Number(s) if applicable: __N/A__
8. Wherefore, your affiant respectfully submits that s/he be permitted to appear as counsel and advocate *pro hac vice* in case __1:21-cv-06323__ for __Plaintiff, Daniel Smigiel__.

Date __01/04/2022__,

NOTARIZED

_____
Signature of Movant
Firm Name __The Law Office of Keith Altman__
Address __33228 West 12 Mile Road - Suite 375__
__Farmington Hills, Michigan 48331__

Email __keithaltman@kaltmanlaw.com__
Phone __(516) 456-5885__