UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
   DANIEL SMIGIEL,
                                         Plaintiff,
   v.

COLLEGE OF STATEN ISLAND, through its Board of Trustees;
DR. FRANCES MELENDEZ, in her official and
individual capacity; and, DR. LAUREN ROGERS-
SIRIN, in her official and individual capacity;
                                    Defendants.
-----------------------------------------------------------X

1:21-cv-06323

NOTICE OF MOTION
TO ADMIT COUNSEL
PRO HAC VICE

TO:    Opposing Counsel
_____

_____

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the Certificate(s) of Good Standing annexed thereto, I **Keith Altman** will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an order allowing the admission of movant, a member of the firm of **The Law Office of Keith Altman** and a member in good standing of the bar(s) of the State(s) of **California and Michigan**, as attorney *pro hac vice* to argue or try this case in whole or in part as counsel for **Plaintiff, Daniel Smigiel**. There are no pending disciplinary proceedings against me in any state or federal court. (If there are any disciplinary proceedings, describe them.)

Dated: 01/04/2022

Respectfully submitted,

_____
Signature of Movant
Firm Name **The Law Office of Keith Altman**
Address **33228 West 12 Mile Road - Suite 375**
**Farmington Hills, Michigan 48331**
Email **keithaltman@kaltmanlaw.com**
Phone **(516) 456-5885**