UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------

DANIEL SMIGIEL,

                    Plaintiff(s),

v.

COLLEGE OF STATEN ISLAND, through its Board of Trustees; DR. FRANCES MELENDEZ, in her official and individual capacity; and, DR. LAUREN ROGERS-SIRIN, in her official and individual capacity;

                     Defendant(s).
-----------------------------------------------------------

1:21-cv-06323

AFFIDAVIT IN SUPPORT OF
MOTION TO ADMIT COUNSEL
*PRO HAC VICE*

I, __Keith Altman__, being duly sworn, hereby depose and say as follows:

1. I am a(n) __attorney__ with the law firm of __The Law Office of Keith Altman__.
2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.
3. As shown in the Certificate(s) of Good Standing annexed hereto, I am a member in good standing of the bar of the state(s) of __California and Michigan__.
4. There are no pending disciplinary proceedings against me in any state or federal court
5. I __have not__ been convicted of a felony. If you have, please describe facts and circumstances.

6. I __have not__ been censured, suspended, disbarred or denied admission or readmission by any court. If you have, please describe facts and circumstances.

7. Attorney Registration Number(s) if applicable: __N/A__
8. Wherefore, your affiant respectfully submits that s/he be permitted to appear as counsel and advocate *pro hac vice* in case __1:21-cv-06323__ for __Plaintiff, Daniel Smigiel__.

Date __01/04/2022__

NOTARIZED

Signature of Movant
Firm Name __The Law Office of Keith Altman__
Address __33228 West 12 Mile Road -Suite 375__
__Farmington Hills, Michigan 48331__

Email __keithaltman@kaltmanlaw.com__
Phone __(516) 456-5885__



# Supreme Court of California

JORGE E. NAVARRETE

*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

### STATE OF CALIFORNIA

### KEITH L ALTMAN

I, JORGE E. NAVARRETE, Clerk/Executive Officer of the Supreme Court of the State of California, do hereby certify that Keith L Altman, **#257309**, was on the **25th** day of **August 2008**, duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.

*Witness my hand and the seal of the court on the 11th day of January 2022.*

JORGE E. NAVARRETE
*Clerk/Executive Officer of the Supreme Court*

By: _____
*Karissa Castro, Deputy Clerk*

# THE SUPREME COURT of the STATE OF MICHIGAN

I, Larry S. Royster, Clerk of the Michigan Supreme Court and Custodian of the Roll of Attorneys admitted to the practice of law in this state, do hereby certify that, as appears from the records,

*Keith Altman*

was admitted to the practice of law in the courts of the State of Michigan on

*June 21, 2017*

and has remained in good standing since then.

In Testimony Whereof, I set my hand and affix the seal of the Michigan Supreme Court on this date: January 05, 2022

Clerk