# AFFIDAVIT OF SERVICE

| Case:<br>Case 1:21-cv-06323 | Court:<br>United States District Court - Eastern District of New York | County:<br>Richmond | Job:<br>6679394 |
|---|---|---|---|
| Plaintiff / Petitioner:<br>DANIEL SMIGIEL | Defendant / Respondent:<br>COLLEGE OF STATEN ISLAND, through its Board of Trustees; DR. FRANCES MELENDEZ, in her official and individual capacity; and, DR. LAUREN ROGERS-SIRIN, in her official and individual capacity | | |
| Received by:<br>First Class Process Servers & Investigations, LLC. | For:<br>Kaltman Law | | |
| To be served upon:<br>COLLEGE OF STATEN ISLAND | | | |

I, Gregory Naeder, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name/ Address:** Robert Wallace for the COLLEGE OF STATEN ISLAND at 2800 Victory Blvd. 1A-210 , Staten Island, NY 10314
**Manner of Service:** Business, Feb 14, 2022, 1:06 pm EST
**Documents:** Summons and Complaint
**GPS Coordinates and Timestamp:** 40.59896059992549, -74.15200505139926

**Additional Comments:**
1) Unsuccessful Attempt: Feb 11, 2022, 1:10 pm EST at 2800 Victory Blvd. 1A-210 , Staten Island, NY 10314
As per school safety, there is no staff on site today due to a national holiday, Lincoln's Birthday. CUNY citywide are shut down today. This will resume on Monday

2) Successful Attempt: Feb 14, 2022, 1:06 pm EST at 2800 Victory Blvd. 1A-210 , Staten Island, NY 10314 received by Robert Wallace for the COLLEGE OF STATEN ISLAND. Age: 50-55; Ethnicity: Caucasian; Gender: Male; Weight: 190; Height: 5'9"; Hair: Black; Eyes: Brown; Other: Salty& pepper hair ;
Service completed at the office of general counsel located in room 309. Mr Wallace, General Counsel accepted all three copies on behalf of the University and the two other named defendants

_____   02/14/2022
Gregory Naeder                Date
2099651-DCA

First Class Process Servers & Investigations, LLC.
25 Hyatt Street Suite 302
Staten Island , NY 10301
718-376-0700

Subscribed and sworn to before me by the affiant who is personally known to me.

_____
Notary Public

02-14-2022
Date        Commission Expires

JENNIFER M. JULIANO
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01JU6359013
Qualified in Richmond County
Commission Expires May 22, 2025

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | | |
|---|---|---|
| Daniel Smigiel <br><br> *Plaintiff(s)* <br> v. <br> College of Staten Island, Dr. Frances Melendez, Dr. Lauren Rogers-Sirin <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 1:21-cv-6323 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  College of Staten Island
2800 Victory Boulevard
Staten Island, NY 10314

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Keith Altman
Law Office of Keith Altman
33228 W. 12 Mile Road, Suite 375
Farmington Hills, Michigan 48331
(248) 987-8929

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date: 11/16/2021

/s/ P. Neptune

*Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-6323

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

**Print**     **Save As...**                                    **Reset**