UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

DANIEL SMIGIEL,

                *Plaintiff*,

- against -

COLLEGE OF STATEN ISLAND,
DR. FRANCES MELENDEZ,
AND DR. LAUREN ROGERS-SIRIN

                *Defendants*

21-CV-06323 (MKB)(RML)

**NOTICE OF APPEARANCE**

      PLEASE TAKE NOTICE that LETITIA JAMES, Attorney General of the State of New York, by Jane P. Rosales, Assistant Attorney General, hereby appears as counsel of record in the above referenced action on behalf of defendants College of Staten Island ("CSI")/City University of New York ("CUNY"), Dr. Frances Melendez, and Dr. Lauren Rogers-Sirin. I certify that I am admitted to practice in this Court.

Dated:      New York, New York
               March 4, 2022

                                                                    Respectfully submitted,

                                                                    LETITIA JAMES
                                                                    Attorney General of the
                                                                     State of New York

                                                                    By: /s/ Jane P. Rosales
                                                                    Jane P. Rosales
                                                                    Assistant Attorney General
                                                                    28 Liberty Street
                                                                    New York, New York 10005
                                                                    (212) 416-8249
                                                                    Jane.Rosales@ag.ny.gov