STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

March 24, 2022

By ECF

Honorable Margo K. Brodie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      **Re:** *Smigiel v. College of Staten Island,* **21-cv-06323 (MKB)(RML)**
          **Proposed Briefing Schedule**

Dear Judge Brodie:

The Office of the Attorney General represents Defendants in the above captioned proceeding. I write on behalf of all parties. Pursuant to Your Honor's March 15, 2022 Order, the parties have conferred and have mutually agreed on a proposed briefing schedule. The parties respectfully jointly propose the following deadlines:

- Defendants will serve their motion to dismiss on Plaintiff on or before May 9, 2022;
- Plaintiff will serve his opposition on Defendants on or before June 23, 2022;
- Defendants will serve their reply on Plaintiff on or before July 7, 2022;
- The parties will file their respective submissions on ECF on July 7, 2022.

The parties propose a briefing schedule of this length to sufficiently account for Plaintiff's counsel's request for additional time to respond due to his recent blindness.

Thank you for your consideration of this request.

               Respectfully submitted,

               */s/ Jane P. Rosales*
               Jane P. Rosales
               Assistant Attorney General

cc:     Counsel of record (via ECF)