

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

May 9, 2022

**BY EMAIL**

Keith Altman
The Law Office of Keith Altman
33228 West 12 Mile Road, Suite 375
Farmington Hills, Michigan 48331

    Re:    *Smigiel v. College of Staten Island,* 21-cv-06323 (MKB)(RML)

Dear Mr. Altman,

    Pursuant to the Court's Individual Rules, please find the attached following motion papers for the Defendants' motion to dismiss the Complaint:

- Notice of Motion
- Memorandum of Law in Support of Defendants' Motion to Dismiss

Sincerely,

*/s/ Jane P. Rosales*
Jane P. Rosales
Assistant Attorney General

Cc: Lori Crusselle, Jill Fultz
The Law Office of Keith Altman
(via email)

Enclosures