

33228 West 12 Mile Road, Suite 375
Farmington Hills, MI 48334
(248)-987-8929
keithaltman@kaltmanlaw.com

June 22, 2022

**Via Email**
Jane P. Rosales
Assistant Attorney General
State of New York Office of the Attorney General
28 Liberty Street
New York, NY 10005

    **Re:**   *Smigiel v. College of Staten Island*, 21-cv-06323 (MKB)(RML)

Dear Ms. Rosales,

   Pursuant to the Court's Individual Rules, please find attached Plaintiff's Response in Opposition to Defendants' Motion to Dismiss the Complaint.

                                        Respectfully,

                                        Keith Altman, Esq.

Enclosure