STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

July 7, 2022

By Mail

Honorable Margo K. Brodie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

  Re: *Smigiel v. College of Staten Island,* **21-cv-06323 (MKB)(RML)**
    **Courtesy Copy of Motion to Dismiss Papers**

Dear Judge Brodie:

  The New York State Office of the Attorney General ("OAG") represents Defendants in the above captioned matter.

  Pursuant to Rule 3(D) of this Court's Individual Practices, please find two enclosed courtesy copies of Defendants' motion to dismiss papers and Plaintiff's opposition, all of which have been filed on ECF at Docket Nos. 20 through 23.

            Respectfully submitted,

            */s/ Jane P. Rosales*
            Jane P. Rosales
            Assistant Attorney General

cc: Magistrate Judge Robert M. Levy (via ECF)
   Counsel of record (via ECF)