UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
DANIEL SMIGIEL,                                                                    JUDGMENT

                Plaintiff,                                                  21-cv-6323 (CBA) (RML)

   v.

COLLEGE OF STATEN ISLAND,
DR. FRANCES MELENDEZ, and
DR. LAUREN ROGERS-SIRIN,

               Defendants,
----------------------------------------------------------------X

A Memorandum and Order of the Honorable Carol B. Amon, United States District Judge, having been filed on February 21, 2023, granting Defendants' motion to dismiss; it is

ORDERED and ADJUDGED that Defendants' motion to dismiss is granted.

Dated: Brooklyn, New York                                      Brenna B. Mahoney
         February 22, 2023                                         Clerk of Court

                                                                     By:    */s/Jalitza Poveda*
                                                                                  Deputy Clerk