UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

DANIEL SMIGIEL,                        Case No. 21-CV-06323(MKB)(RML)

            Plaintiff,

v.

COLLEGE OF STATEN ISLAND
DR. FRANCES MELENDEZ,
And DR. LAUREN ROGERS-SIRIN,
            Defendants.

## CERTIFICATE OF SERVICE

I certify that on March 23, 2023, I served the foregoing documents upon all parties herein by filing copies of same using the ECF System.

                                               Respectfully Submitted,

                                               Keith Altman, Esq. (*Pro Hac Vice*)
                                               Law Office of Keith Altman
                                               33228 West 12 Mile Road, Suite 375
                                               Farmington Hills, Michigan 48334
                                               Telephone: (248) 987-8929
                                               [keithaltman@kaltmanlaw.com](mailto:keithaltman@kaltmanlaw.com)
                                               *Attorneys for Plaintiff*