

33228 West 12 Mile Road, Suite 375
Farmington Hills, MI 48334
(248)-987-8929
keithaltman@kaltmanlaw.com

March 28, 2023

**VIA ECF ONLY**
Honorable Margo K. Brodie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   ***Smigiel v. College of Staten Island***
      **Case No. 1:21-cv-06323 MKB, RML**
      **Request to Appear Telephonically**

Dear Judge Brodie:

As you are aware, our office represents the Plaintiff in the above referenced matter. A hearing has been scheduled for Monday, April 3, 2023. Due to a scheduling conflict, we are requesting permission to appear telephonically.

Our office has notified Ms. Rosales of this request. Should you have any questions, comments, or concerns, please do not hesitate to contact our office.

Respectfully Submitted,

Keith Altman, Esq.

cc:   Counsel of record (via ECF)

1